COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

PATRICIA GERARDS, § 

§ No. 08-12-00126-CV

Appellant, §

§ Appeal from the

v. §

§ 383rd District Court

DIETER GERARDS, §

§ of El Paso County, Texas

Appellee. §

§ (TC#2011CM5594)

§

## <u>MEMORANDUM   OPINION</u>

This case is before the Court on our own motion to determine whether it should be dismissed for want of prosecution.   We dismiss.

On October 24, 2012, without an order, this Court denied Appellant's fourth motion for extension to file a brief.   No brief has been filed by Appellant.   The Clerk of this Court notified the parties, pursuant to Rule 38.3 of the Texas Rules of Appellate Procedure, that the Court would dismiss the appeal for want of prosecution unless any party could show grounds for continuing the appeal within ten (10) days of the date of the letter.   No response was received by either party to this letter.

Pursuant to TEX.R.APP.P. 38.8(a)(1), we dismiss this case for want of prosecution.

November 28, 2012

CHRISTOPHER ANTCLIFF, Justice

Before McClure, C.J., Rivera, and Antcliff, JJ.